# United States District Court
# For The Western District of North Carolina
# Asheville Division

Darrell Keith Burnette,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                     1:03cv8

Doug Mitchell, Supt.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2006 Order.

                                                    FRANK G. JOHNS, CLERK

January 20, 2006

                                                        s/Joan Gosnell
                                      BY: _____
                                               Joan Gosnell, Deputy Clerk